IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JIM LUNDBERG, an individual, | § | |
| | § | |
|    Defendant/Counterclaim-Plaintiff Below, | § | No. 335, 2024 |
| | § | |
|    Appellant, | § | Court Below: Court of Chancery |
| | § | of the State of Delaware |
|   v. | § | |
| | § | C.A. No. 2020-0988 |
| VIVINT SOLAR, INC., a Delaware Corporation, | § | |
| | § | |
| | § | |
|    Plaintiff/Counterclaim-Defendant Below, | § | |
| | § | |
|    Appellee. | § | |

Submitted: February 26, 2025
Decided: March 19, 2025

Before **VALIHURA, LEGROW**, and **GRIFFITHS**, Justices.

## **O R D E R**

NOW this 19th day of March 2025, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated May 30, 2024 (corrected date, June 18, 2024) and its Final Order and Judgment dated July 17, 2024;

NOW THEREFORE, IT IS ORDERED that the decision and judgment of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice